UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Terence Williams,

       Plaintiff,                                  Case No. 05-73104

v.                                                   Hon. Nancy G. Edmunds

Regions Mortgage, Equifax Mortgage
Services, Equifax Credit Services,
Experian Credit Services, and Trans
Union Credit Services,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendants' motion to dismiss is hereby GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                           s/Nancy G. Edmunds
                                           Nancy G. Edmunds
                                           United States District Judge

Dated:  March 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager